1  ANNE-MARIE WAGGONER, Bar No. 173407
   ALEXA L. WOERNER, Bar No. 267609
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard
   Suite 600
4  Walnut Creek, CA  94597
   Telephone:   925.932.2468
5  Facsimile:    925.946.9809

6  Attorneys for Defendant
   CVS PHARMACY, INC.
7
   DAVID M. POORE, SBN 192541
8  BROWN POORE LLP
   1350 Treat Boulevard, Suite 420
9  Walnut Creek, CA  94597
   Telephone:   925.943.1166
10 Facsimile:    925.955.8600

11 Attorneys for Plaintiff
   CESAR CERVANTES
12

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                         SACRAMENTO DIVISION

| CESAR CERVANTES, | Case No. 2:14-CV-02280-MCE-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [F.R.C.P. 41]** |
| v. | |
| CVS PHARMACY, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

(CASE NO. 2:14-CV-02280-MCE-EFB)                           STIPULATION FOR DISMISSAL

PLEASE TAKE NOTICE that the parties to this action, Plaintiff CESAR CERVANTES and Defendant CVS PHARMACY, INC., hereby STIPULATE that the above-captioned action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a). The parties are responsible for their own costs and attorney's fees.

SO STIPULATED.

Dated: March _____, 2015

ANNE-MARIE WAGGONER
ALEXA L. WOERNER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CVS PHARMACY, INC.

Dated: March 5, 2015

*//s//David M. Poore*
DAVID M. POORE
Attorneys for Plaintiff
CESAR CERVANTES

(CASE NO. 2:14-CV-02280-MCE-EFB)          2.          STIPULATION FOR DISMISSAL

**ORDER**

GOOD CAUSE SHOWING, the Stipulation is APPROVED.  IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each side to bear its own costs and attorney's fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT